**Electronically Filed
Supreme Court
SCWC-20-0000378
30-APR-2025
07:49 AM
Dkt. 18 ODAC**

SCWC-20-0000378

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SO-CAL CAPITAL, INC., a California corporation,
Respondent/Plaintiff/Counterclaim Defendant-Appellee,

vs.

2270 PACIFIC HEIGHTS ROAD LLC,
a Hawaiʻi limited liability company,
Respondent/Defendant/Cross-claim Defendant-Appellee,

and

WESLEY HARA,
Petitioner/Defendant/Cross-Claim Defendant/
Counterclaim Plaintiff/Cross-Claim Plaintiff-Appellant,

and

ANOINTED BUSINESS SOLUTIONS, LLC,
Respondent/Defendant/Counterclaim Plaintiff/
Cross-Claim Plaintiff/Cross-Claim Defendant-Appellee,

and

WESLEY HARA,
Petitioner/Third-party Plaintiff-Appellant,

vs.

MICHAEL LEONARD MAZZELLA, also known as MICHAEL L. MAZZELLA,
also known as MICHAEL MAZZELLA, in his individual capacity;
MICHAEL MAZZELLA DEVELOPMENT GROUP LLC; TURTLE BAY LAND
COMPANY LLC, Respondents/Third-party Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000378; CASE NO. 1CC191000180)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's Application for Writ of Certiorari, filed on March 3, 2025, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 30, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

